UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Lino Joel Del Cid</u>**

     v.                                  Case No. 25-cv-473-PB-AJ

**<u>Strafford County Sheriff</u>**
**<u>Kathryn L. Mone, et al.</u>**

**<u>ORDER</u>**

    Lino Joel Del Cid filed a petition for a writ of habeas corpus on November 20, 2025, contesting his detention and requesting, <u>inter alia</u>, a bond hearing. <u>See</u> Doc. 1. The parties filed a joint interim status report on December 15, 2025, in which they suggested that Del Cid may meet the criteria for membership in the class certified in <u>Guerrero Orellana v. Moniz</u>, and Del Cid requested an opportunity to see whether relief becomes available to him as a class member. <u>See</u> Doc. 11. Indeed, the allegations in the petition suggest that Del Cid may be a member of the class certified in that case and therefore be entitled to the declaratory and injunctive relief prescribed by that court. <u>See</u> 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025).

    The government is hereby directed to show cause on or before January 2, 2026, as to why I should not issue an order granting this petition to the extent of ordering the government to afford the petitioner with a bond

2

hearing under 8 U.S.C. § 1226(a) within fourteen days of my order's issuance and, if the government fails to comply, why I should not grant the writ and set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

    SO ORDERED.

/s/ Paul Barbadoro<br>
Paul J. Barbadoro<br>
United States District Judge

December 22, 2025

cc:    Counsel of Record