# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Lino Joel Del Cid**

      v.                                          Case No. 25-cv-473-PB-AJ

**Strafford County Sheriff**
**Kathryn L. Mone, et al.**


### ORDER

Lino Joel Del Cid filed the instant petition for a writ of habeas corpus on November 20, 2025. See Doc. 1. I subsequently ordered the government to show cause why I should not grant Del Cid's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on his apparent membership in the class certified in Guerrero Orellana v. Moniz and his similarity to the petitioner granted similar relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 12 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025)); Doc. 13 (citing No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

While preserving its rights to appeal both those decisions and their application writ large to petitioners located within this Court's jurisdiction, the government concedes that Del Cid meets the criteria for membership in the Guerrero Orellana class and would receive the same result as the

petitioner in <u>Destino</u> were that case's reasoning applied here. <u>See</u> Doc. 14.

Accordingly, both because I am bound by the class-wide relief issued in

<u>Guerrero Orellana</u> and because I agree with the Court's reasoning in <u>Destino</u>,

the government is hereby ordered to afford Del Cid a bond hearing under 8

U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I

will grant the writ and set appropriate terms and conditions of Del Cid's

release during the pendency of his removal proceedings myself.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

January 5, 2026

cc:  Counsel of Record