# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Lino Joel Del Cid**

      v.                               Case No. 25-cv-473-PB-AJ

**Kathryn L. Mone,**
**Strafford County Sheriff, et al.**

## ORDER

On January 5, 2026, I ordered the government to afford Lino Joel Del Cid a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. Doc. 15. The parties are hereby ordered to file a status report within fourteen days that advises whether Del Cid received a bond hearing as ordered, and if so, its disposition. If he did receive a bond hearing, he is to contemporaneously show cause why I should not dismiss his petition. If he did not, the government is to identify his status in the report.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

February 18, 2026

cc: Counsel of Record