# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Lino Joel Del Cid**

     v.　　　　　　　　　　　　　　　　　Case No. 25-cv-473-PB-AJ

**Kathryn L. Mone**
**Strafford County Sheriff, et al.**

## ORDER

On February 18, 2026, I directed the government to file a status report indicating whether Lino Joel Del Cid received a bond hearing as ordered. Doc. 16; see Doc. 15. If so, I further directed Del Cid to contemporaneously show cause why his petition should not be dismissed. Doc. 16. In its status report filed March 3, 2026, the government indicates that Del Cid received a bond hearing and was granted bond. Doc. 17. Del Cid has not responded to my order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                                       /s/ Paul Barbadoro
                                       Paul J. Barbadoro
                                       United States District Judge

March 5, 2026

cc:    Counsel of Record